## Commonwealth *v.* Taylor, Appellant.

732

Submitted December 2, 1974. *George E. Goldstein,* and *Goldstein and Rosenblum,* for appellant; *Grant H. Fleming,* Assistant District Attorney, and *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.